FILED 22 JAN '19 10:41 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KEVIN NESBIT (Pro se)      Case No. 3:19-CV-104-MO

           Plaintiff,

                                                            COMPLAINT

     V.                                                   Professional Misconduct
KAY ERICKSON        DBA
OREGON EMPLOYMENT DEPT                         Not Subject to Mandatory
COLLECTIONS UNIT, IVESTIGATIONS
UNIT                                                    Arbitration
                                                        Claim over $10,000.00
           Defendant,

---

On or about November 15TH 2018 The plaintiff submitted a request to have the Oregon Employment Department Investigations unit to look into a case that the named above Plaintiff's ID was stolen and used to fraudulently open an unemployment claim under the named above Plaintiff's name. The named above Defendant and all of them received a letter of incarceration proving the Plaintiff could not have filed the unemployment claim and could not have received the money. The named above Plaintiff's ID was stolen. The named above Defendants and all of them have lied about evidence and disregarded the evidence. It is unprofessional to say the named above Defendants and all of them did a full and thorough investigation to hold the Plaintiff responsible for actions out of his control and without his knowledge. The named above Defendants and all of them are now illegally garnishing the wages of the Plaintiff. There has been several acts of fraud committed by the named Defendants and all of them against the plaintiff. The Plaintiff has suffered economic damages in the amount of $8,424.80 and non economic general damages, including but not limited to Professional misconduct ,deliberate infliction of emotional distress in the sum of $2,554,240.84 agreed upon by the named above Defendants

      WHEREFOR, Plaintiff prays for relief for damages in the amount of $2,554,240.84 For such other relief as this court deems just and equitable.

                                                                                                     January __18__, 2019

                                                                                Kevin Nesbit (Pro se)

Page 1                            COMPLAINT